■ The People of the State of New York, Respondent, v Miguel A. Torro-Torres, Also Known as "Mickey," Appellant. [916 NYS2d 544]—Appeal from a judgment of the Erie County Court (Sheila A. DiTullio, J.), rendered November 30, 2009. The judgment convicted defendant, upon his plea of guilty, of manslaughter in the first degree and attempted murder in the second degree.

It is hereby ordered that the judgment so appealed from is

unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Smith, J.P., Fahey, Carni, Sconiers and Martoche, JJ.